Samuel Kirsch, Appellant, *v.* City of New York, Respondent.

Submitted June 15, 1942; decided June 18, 1942.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), for motion.

*Abraham L. Kanter* opposed.

Motion granted and appeal dismissed unless appellant files return on appeal within thirty days, in which event the motion is denied.